IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD VINCENT RAY, JR., | No. 2:12-CV-2955-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| JOHN DEFFENBAUGH, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's second amended complaint (Doc. 17).[1]

/ / /

/ / /

/ / /

---

[1] The document is captioned "First Amended Complaint" but is in fact the second amended complaint to be filed (plaintiff's first amended complaint was filed pursuant to court order on March 7, 2013). Because plaintiff was permitted to file the second amended complaint as of right without leave of court, it supercedes the first amended complaint which was the subject of the court's March 13, 2013, findings and recommendations. Because the first amended complaint is now a nullity, the March 13, 2013, findings and recommendations will be vacated.

1

1   The court is required to screen complaints brought by prisoners seeking relief
2   against a governmental entity or officer or employee of a governmental entity.  <u>See</u> 28 U.S.C.
3   § 1915A(a).
4   Plaintiff names the following as defendants: Deffenbaugh, Jennings, Zhang,
5   Cheung, and Park-Lin.[2]  He alleges that all defendants are dentists at California State Prison –
6   Solano.  Plaintiff claims that each defendant, despite an obvious serious medical need following
7   numerous tooth extraction procedures, refused to order a soft diet.  The complaint appears to
8   state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the
9   allegations are proven, plaintiff has a reasonable opportunity to prevail on the merits of this
10  action.  The court, therefore, finds that service is appropriate and will direct service by the U.S.
11  Marshal without pre-payment of costs.  Plaintiff is informed, however, that this action cannot
12  proceed further until plaintiff complies with this order.  Plaintiff is warned that failure to comply
13  with this order may result in dismissal of the action.  <u>See</u> Local Rule 110.
14  Accordingly, IT IS HEREBY ORDERED that:
15  1.   The March 13, 2013, findings and recommendations are vacated;
16  2.   The Clerk of the Court is directed to update the docket to terminate "J.
17  Jennibeg" as a defendant to this action and to add "Jennings" and "Park-Lin" as defendants to
18  this action;
19  3.   The court authorizes service on the following defendant(s):
20       DEFFENBAUGH,
21       JENNINGS,
22       ZHANG,
23       CHEUNG, and
24       PARK-LIN;

---

[2]   The Clerk of the Court will be directed to update the docket to reflect that these are the only named defendants to the action.

2

1         4.       The Clerk of the Court shall send plaintiff one USM-285 form for each defendant identified above, one summons, an instruction sheet, and a copy of the second amended complaint (Doc. 17); and

        5.       Within 30 days of the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

        a.       The completed Notice of Submission of Documents;

        b.       One completed summons;

        c.       Five completed USM-285 form(s); and

        d.       Six copies of the endorsed second amended complaint.

DATED: May 20, 2013

                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD VINCENT RAY, JR.,            No. 2:12-CV-2955-MCE-CMK-P

       Plaintiff,

  vs.

JOHN DEFFENBAUGH, et al.,

       Defendants.

                                    /

NOTICE OF SUBMISSION OF DOCUMENTS

       Plaintiff hereby submits the following documents in compliance with the court's order:

       __1__      completed summons form;

       _____      completed USM-285 form(s); and

       _____      copies of the [ORDINAL amended] complaint.

DATED: _____                                    _____

                                                                             Plaintiff