IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD VINCENT RAY, JR., | No. 2:12-CV-2955-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| JOHN DEFFENBAUGH, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's second amended complaint (Doc. 17).[1]

/ / /

/ / /

/ / /

---

[1] The document is captioned "First Amended Complaint" but is in fact the second amended complaint to be filed (plaintiff's first amended complaint was filed pursuant to court order on March 7, 2013). Because plaintiff was permitted to file the second amended complaint as of right without leave of court, it supercedes the first amended complaint which was the subject of the court's March 13, 2013, findings and recommendations. Because the first amended complaint is now a nullity, the March 13, 2013, findings and recommendations will be vacated.

1

1        The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  See 28 U.S.C. § 1915A(a).

         Plaintiff names the following as defendants: Deffenbaugh, Jennings, Zhang, Cheung, and Park-Lin.[2]  He alleges that all defendants are dentists at California State Prison – Solano.  Plaintiff claims that each defendant, despite an obvious serious medical need following numerous tooth extraction procedures, refused to order a soft diet.  The complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.  The court, therefore, finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs.  Plaintiff is informed, however, that this action cannot proceed further until plaintiff complies with this order.  Plaintiff is warned that failure to comply with this order may result in dismissal of the action.  See Local Rule 110.

         Accordingly, IT IS HEREBY ORDERED that:

         1.      The March 13, 2013, findings and recommendations are vacated;

         2.      The Clerk of the Court is directed to update the docket to terminate "J. Jennibeg" as a defendant to this action and to add "Jennings" and "Park-Lin" as defendants to this action;

         3.      The court authorizes service on the following defendant(s):

                 DEFFENBAUGH,

                 JENNINGS,

                 ZHANG,

                 CHEUNG, and

                 PARK-LIN;

---

[2]      The Clerk of the Court will be directed to update the docket to reflect that these are the only named defendants to the action.

Case 2:12-cv-02955-MCE-CMK   Document 18   Filed 05/21/13   Page 3 of 4

    4.     The Clerk of the Court shall send plaintiff one USM-285 form for each defendant identified above, one summons, an instruction sheet, and a copy of the second amended complaint (Doc. 17); and

    5.     Within 30 days of the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

       a.     The completed Notice of Submission of Documents;

       b.     One completed summons;

       c.     Five completed USM-285 form(s); and

       d.     Six copies of the endorsed second amended complaint.

DATED: May 20, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD VINCENT RAY, JR., | No. 2:12-CV-2955-MCE-CMK-P |
| Plaintiff, | |
| vs. | |
| JOHN DEFFENBAUGH, et al., | |
| Defendants. | |
| _____/ | |

<u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

Plaintiff hereby submits the following documents in compliance with the court's order:

    __1__     completed summons form;

    ____     completed USM-285 form(s); and

    ____     copies of the [ORDINAL amended] complaint.

DATED: _____                         _____

                                                                                            Plaintiff