IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD VINCENT RAY, JR., | No. 2:12-cv-2955-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| JOHN DEFFENBAUGH, et al., | |
| Defendants. | |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendants' motion (Doc. 31) to strike plaintiff's unauthorized surreply. Because there is no provision in either the Federal Rules of Civil Procedure or the Local Rules of this court, defendants' motion is granted. Plaintiff's surreply (Doc. 30) is hereby stricken.

      IT IS SO ORDERED.

DATED: August 14, 2014

                                                                **CRAIG M. KELLISON**
                                                                UNITED STATES MAGISTRATE JUDGE